No. 23,520.

George C. Peck Construction Company, *Appellee*, v. N. S. Flack,
*Appellant.*

SYLLABUS BY THE COURT.

Building Contract—*Charges for Changes and Extras—Evidence.* The pro-
ceedings in an action to recover the balance due a contractor on a building
contract examined, and *held,* objection to manner in which value of labor
and material for changes and extras was established, was waived, and the
verdict was sustained by the evidence.

Appeal from Morris district court; Roswell L. King, judge. Opinion filed
April 8, 1922. Affirmed.

*Edwin Anderson,* of Council Grove, and *W. S. Kretsinger,* of Emporia, for
the appellant.

*Walter M. Doggett,* of Council Grove, for the appellee.

The opinion of the court was delivered by

Burch, J.: The action was one for the balance claimed to be
due a contractor for constructing a garage, a foundation for a house,
and a house built on the foundation. The plaintiff recovered, and
the defendant appeals.

The controversy arose over changes and extras, and the defendant
contends the plaintiff's witnesses were interrogated in such a way
that value of items of the plaintiff's account for material and labor
was not proved. The defendant was to pay cost of certain items,
and cost was testified to from paid bills. In some instances value
was established according to approved method. Very often in the
course of the trial the question relating to an item took substantially
the form of, "How much was that?" In no instance was objection
made to the form of a question on the ground it would not elicit
value. The issue was value, the testimony was tendered to show
value, and, if the defendant did not desire to concede probative force
to the testimony, he should have interposed objection when the
testimony was offered. He could not remain silent until the trial
was over, and then, when defeated, complain of the form of ques-
tions.

. The defendant contends the verdict was not supported by evi-
dence. It would serve no purpose for which decisions of this court
are reported to cumber this opinion with a discussion of the various

items of the long account. Presumably the attorneys presented to the jury their analyses and summaries of the evidence. The district court reviewed the testimony at a hearing on a motion for a new trial, and approved the verdict. There is evidence which, if believed, would warrant recovery of a larger sum than the jury allowed, and this court is not authorized to interfere.

The judgment of the district court is affirmed.